UNITED STATES v. PEARSON & EMMOTT. (Circuit Court of Appeals. Second Circuit. May 8, 1905.) No. 225 (3,024). Appeal from the

Circuit Court of the United States for the Southern District of New York, D. Frank Lloyd, Asst. U. S. Atty. William B. Coughtry and W. K. Griffin, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Affirmed, on opinion of the court below. 131 Fed. 571.